AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.

JOSEPH FINDLEY

*Defendant*

FILED
OCT 17 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Case No. 1:23mj2200

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joseph Findley,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Terrorist attacks and other violence against railroad carriers and against mass transportation systems on land, on water, or through the air in violation of Title 18 U.S.C. § 1992(a)(4)(A) and (10)

Date: October 6, 2023

City and state: Cleveland, Ohio

James E. Grimes Jr., United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* October 6, 2023, and the person was arrested on *(date)* October 6, 2023
at *(city and state)* Cleveland, OH.

Date: 10/06/2023

*Arresting officer's signature*

Julie Gravelle, Special Agent
*Printed name and title*