FILED

NOV - 1 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **1:23 CR 00582** |
| | ) | |
| JOSEPH FINDLEY, | ) | Title 18, United States Code, |
| | ) | Sections 1992(a)(4)(A) and |
| Defendant. | ) | (a)(10) |

**JUDGE CALABRESE**

COUNT 1
(Violence Against Railroad Carriers and Against Mass Transportation Systems on Land, on
Water, or Through the Air, 18 U.S.C. §§ 1992(a)(4)(A) and (a)(10))

The Grand Jury Charges:

1.     On or about August 12, 2023, in the Northern District of Ohio, Eastern Division,

Defendant JOSEPH FINDLEY, knowingly and without lawful authority and permission, did

make unworkable, unusable, and hazardous to work on and use, and did attempt to make

unworkable, unusable, and hazardous to work on and use, a track, property, and appurtenance

used in the operation of and which supported the operation of, CSX, a railroad carrier engaged in

interstate commerce, and Amtrak, a mass transportation provider, and with intent to, and

knowing and having reason to know, such activity would likely derail, disable, and wreck

railroad on-track equipment, in that Defendant did place railroad spikes, tie plates, and other

pieces of metal in the switch mechanism at or near Milepost QD178.8 of the CSX Cleveland

Terminal Subdivision, an active railroad track running through Cleveland, Ohio, in violation of

Title 18, United States Code, Sections 1992(a)(4)(A) and (a)(10).

COUNT 2
(Violence Against Railroad Carriers and Against Mass Transportation Systems on Land, on<br>Water, or Through the Air, 18 U.S.C. §§ 1992(a)(4)(A) and (a)(10))

The Grand Jury Further Charges:

2.      On or about August 14, 2023, in the Northern District of Ohio, Eastern Division,

Defendant JOSEPH FINDLEY, knowingly and without lawful authority and permission, did

make unworkable, unusable, and hazardous to work on and use, and did attempt to make

unworkable, unusable, and hazardous to work on and use, a track, property, and appurtenance

used in the operation of and which supported the operation of, CSX, a railroad carrier engaged in

interstate commerce, and Amtrak, a mass transportation provider, and with intent to, and

knowing and having reason to know, such activity would likely derail, disable, and wreck

railroad on-track equipment, in that Defendant did place railroad spikes, tie plates, and other

pieces of metal in the switch guardrails at or near Milepost QD178.8 of the CSX Cleveland

Terminal Subdivision, an active railroad track running through Cleveland, Ohio, in violation of

Title 18, United States Code, Sections 1992(a)(4)(A) and (a)(10).

COUNT 3
(Violence Against Railroad Carriers and Against Mass Transportation Systems on Land, on<br>Water, or Through the Air, 18 U.S.C. §§ 1992(a)(4)(A) and (a)(10))

The Grand Jury Further Charges:

3.      On or about September 18, 2023, in the Northern District of Ohio, Eastern

Division, Defendant JOSEPH FINDLEY, knowingly and without lawful authority and

permission, did make unworkable, unusable, and hazardous to work on and use, and did attempt

to make unworkable, unusable, and hazardous to work on and use, a track, property, and

appurtenance used in the operation of and which supported the operation of, CSX, a railroad

carrier engaged in interstate commerce, and Amtrak, a mass transportation provider, and with

intent to, and knowing and having reason to know, such activity would likely derail, disable, and

2

wreck railroad on-track equipment, in that Defendant did place railroad spikes, tie plates, and other pieces of metal in the switch guardrails at or near Milepost QD178.8 of the CSX Cleveland Terminal Subdivision, an active railroad track running through Cleveland, Ohio, in violation of Title 18, United States Code, Sections 1992(a)(4)(A) and (a)(10).

<u>COUNT 4</u>
(Violence Against Railroad Carriers and Against Mass Transportation Systems on Land, on Water, or Through the Air, 18 U.S.C. §§ 1992(a)(4)(A) and (a)(10))

The Grand Jury Further Charges:

4.      On or about October 1, 2023, in the Northern District of Ohio, Eastern Division, Defendant JOSEPH FINDLEY, knowingly and without lawful authority and permission, did make unworkable, unusable, and hazardous to work on and use, and did attempt to make unworkable, unusable, and hazardous to work on and use, a track, property, and appurtenance used in the operation of and which supported the operation of, CSX, a railroad carrier engaged in interstate commerce, and Amtrak, a mass transportation provider, and with intent to, and knowing and having reason to know, such activity would likely derail, disable, and wreck railroad on-track equipment, in that Defendant did place railroad spikes in the switch track intersection, also known as the "frog" intersection, at or near Milepost QD178.8 of the CSX Cleveland Terminal Subdivision, an active railroad track running through Cleveland, Ohio, in violation of Title 18, United States Code, Sections 1992(a)(4)(A) and (a)(10).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.